IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN JOSHUA DINKLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:18cv92-WHA |
| ) | (WO) |
| FCI FT. DIX, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On March 15, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the court's orders.

A final judgment will be entered separately.

DONE this 5th day of April, 2018.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE